IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| AMAR GUEYE : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:05-cv-00035 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| KEITH GRACE : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

     Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Court hereby ADOPTS the Magistrate Judge's Report and Recommendation (doc. 19), GRANTS Defendants' Motion for Summary Judgment as to the claims against both Defendant Grace and Defendant CPS (doc. 17), and TERMINATES this case from the Court's docket. The Court further CERTIFIES pursuant to 28 U.S.C. § 1915(a) that an appeal of this Order would not be taken in good faith and therefore Plaintiff is denied leave to appeal in forma pauperis. Plaintiff is free to apply to proceed in forma pauperis in the Court of Appeals.

5/24/06                                                                                           James Bonini, Clerk

                                                                                                   s/Kevin Moser_____
                                                                                                   Kevin Moser
                                                                                                   Deputy Clerk